UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **NORRINE JELLEN,**<br>      Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC.;**<br>and **DOES 1 through 10, inclusive,**<br>      Defendant. | Civil Action No. 1:13-cv-01062<br><br>Honorable Ronald A. Guzman |

**NOTICE OF SETTLEMENT**

Plaintiff, NORRINE JELLEN, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

DATED: April 30, 2013

                                        RESPECTFULLY SUBMITTED,
                                        By: /s/ Peter Cozmyk_____.
                                        Peter Cozmyk, Esq. (Ohio Bar # 0078862)
                                        Cozmyk Law Offices, LLC
                                        6100 Oak Tree Blvd.
                                        Suite 200, Room #209
                                        Independence, OH 44131
                                        pcozmyk@hotmail.com
                                        P: 440-292-7672

                                        *Attorney for Plaintiff,*
                                        *Norrine Jellen*

1