**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **NORRINE JELLEN,**<br>　　　　Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC.;**<br>and **DOES 1 through 10, inclusive,**<br>　　　　Defendant. | **Civil Action No. 1:13-cv-01062**<br><br>**Honorable Ronald A. Guzman**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL WITH<br>PREJUDICE BETWEEN PLAINTIFF<br>AND DEFENDANTS** |

　　　　Plaintiff, NORRINE JELLEN, by counsel, and Defendant, PERFORMANT

RECOVERY, INC., by counsel, hereby stipulate and agree that Plaintiff's cause against

PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive, should be

dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: June 6, 2013

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　 By: /s/ Peter Cozmyk
　　　　　　　　　　　　　　　　　　Peter Cozmyk, Esq.
　　　　　　　　　　　　　　　　　　(OBN: 0078862)
　　　　　　　　　　　　　　　　　　Cozmyk Law Offices, LLC
　　　　　　　　　　　　　　　　　　6100 Oak Tree Blvd.
　　　　　　　　　　　　　　　　　　Suite 200, Room #209
　　　　　　　　　　　　　　　　　　Independence, OH 44131
　　　　　　　　　　　　　　　　　　pcozmyk@hotmail.com
　　　　　　　　　　　　　　　　　　P: 440-292-7672

　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

By:/s/Corinne C. Heggie
One of its Attorneys
David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000
dschultz@hinshawlaw.com
cheggie@hinshawlaw.com

Attorney for Defendant