UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **NORRINE JELLEN,**<br>　　　Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC.;**<br>and **DOES 1 through 10, inclusive,**<br>　　　Defendant. | **Civil Action No. 1:13-cv-01062**<br><br>Honorable **Ronald A. Guzman**<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, NORRINE JELLEN, against Defendants, PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive, are dismissed, with prejudice. Plaintiff, NORRINE JELLEN, and Defendant, PERFORMANT RECOVERY, INC, shall each bear their own costs and attorneys' fees.

Date:_____  _____
　　　　　　　　　　　　　　　　　　　　JUDGE, United States District Court,
　　　　　　　　　　　　　　　　　　　　Northern District of Illinois